**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS ADDISON *et al*                                                                                    PLAINTIFFS
ADC #162451

V.                                          NO: 3:15CV00381 JM/PSH

LARRY MILLS *et al*                                                                                              DEFENDANTS

## ORDER

Plaintiffs Nicholas Addison and Donald Havens filed a *pro se* complaint on December 3, 2015. The $400.00 filing and administrative fees were not paid, and only Addison filed an application for leave to proceed *in forma pauperis*. Additionally, the allegations in the complaint appear to relate only to Addison. Accordingly, Havens is directed to pay the full $400.00 filing and administrative fees or to file an application for leave to proceed *in forma pauperis* within 30 days. Havens is further directed to file an amended complaint within 30 days, which sets forth his own claims. Havens's failure to comply will result in the recommended dismissal of his claims. The Clerk is directed to send Havens an application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED this 13th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE