## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS ADDISON *et al*                                                                    PLAINTIFFS
ADC #162451

V.                                              NO: 3:15CV00381 JM/PSH

LARRY MILLS *et al*                                                                         DEFENDANTS


## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James

M. Moody Jr.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  Your objections

must be received in the office of the United States District Court Clerk no later than fourteen (14)

days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiffs Nicholas Addison and Donald Havens filed a *pro se* complaint on December 3,

2015.  The $400.00 filing and administrative fees were not paid, and only Addison filed an

application for leave to proceed *in forma pauperis* ("IFP").  On January 13, 2016, the Court entered

an order directing Havens to pay the filing and administrative fees, or to file an application for leave

to proceed IFP, and also to file an amended complaint (docket entry 10).  That same order warned

Havens that his failure to comply would result in the recommended dismissal of his claims. More than 30 days have passed, and Havens has not paid the filing and administrative fees, filed an application for leave to proceed IFP, or otherwise responded to the order. Under these circumstances, the Court concludes that Havens's claims should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Although Addison has filed two applications for leave to proceed IFP, he is ineligible for IFP status. Under the three-strikes provision of the Prison Litigation Reform Act, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Addison has had more than three prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Addison v. Martin et al*, ED/AR No. 3:15CV00001, *Addison v. Martin et al*, ED/AR No. 3:15CV00096; *Addison v. Muse*, ED/AR No. 3:15CV00133, *Addison v Martin*, ED/AR No. 3:15CV00164. The Court additionally finds, based on the allegations contained in Addison's present complaint, that he is not in imminent danger of serious physical injury. Specifically, Addison filed his complaint while he was in the Poinsett County Detention Center, but complained about treatment he received in Craighead County, Jackson

County, and Memphis.  Such claims do not describe imminent danger of serious physical injury.

Addison's IFP motions should therefore be denied, and his claims should be dismissed as well.  If

Addison wishes to continue this case, he should be required to submit the filing and administrative

fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days

of the case's dismissal, along with a motion to reopen the case.  Upon receipt of the motion and full

payment, this case should be reopened.

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE.

2.      Addison's applications for leave to proceed *in forma paupeirs* (docket entries  1 &

11) be DENIED.  If Addison wishes to continue this case, he should be required to submit the filing

and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number,

within thirty (30) days of the case's dismissal, along with a motion to reopen the case.  Upon receipt

of the motion and full payment, this case should be reopened.

3.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of February, 2016.

_____

UNITED STATES MAGISTRATE JUDGE