**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS ADDISON *et al*  PLAINTIFFS
ADC #162451

V.                          NO: 3:15CV00381 JM

LARRY MILLS *et al*  DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

2.  Plaintiff Nicholas Addison's applications for leave to proceed *in forma paupeirs* (docket entries 1 & 11) are DENIED. If Addison wishes to continue this case, he must submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

3.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED 4th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE