**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS ADDISON *et al*                                          PLAINTIFFS
ADC #162451

V.                          NO: 3:15CV00381 JM

LARRY MILLS *et al*                                             DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this <u>4th</u> day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE